```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JAMES FORTUNE,                        :    17cv5242(DLC)
                                      :        ORDER
                  Plaintiff,          :
                                      :
              -v-                     :
                                      :
HINT FASHION MAGAZINE, LLC,           :
                                      :
                  Defendant.          :
                                      :
------------------------------------- X
```

DENISE COTE, District Judge:

On August 28, 2017, an affidavit of service was filed, reflecting that the defendant was served through the Secretary of State on July 26, 2017. An Initial Pretrial Conference is scheduled to occur on September 29, 2017.

On September 21, 2017, this Court received a letter from defendant Hint Fashion Magazine, LLC requesting to appear before the Court without representation. Individual persons may represent themselves, but entities must be represented by an attorney in federal court. Pridgen v. Andresen, 113 F.3d 391, 393 (2d Cir. 1997). Accordingly, it is hereby

ORDERED that an attorney must file a notice of appearance for Hint Fashion Magazine, LLC by **October 5, 2017**. If no attorney files a notice of appearance on behalf of the defendant by October 5, a default will be entered against the defendant.

IT IS FURTHER ORDERED that the Initial Pretrial Conference originally scheduled for September 29 is adjourned to **October 12, 2017** at **10 a.m.** in Courtroom 15B at the United States Courthouse, 500 Pearl Street, New York, New York, 10007.

Dated:  New York, New York
        September 26, 2017

                                            _____
                                            DENISE COTE
                                            United States District Judge

COPIES MAILED TO:

Lee Carter
Hintmag.Com
449 Washington Avenue, #4
Brooklyn, NY 11238