```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------- X
                                      :
JAMES FORTUNE,                        :    17cv5242(DLC)
                                      :
                       Plaintiff,     :    ORDER OF
                                      :    DISCONTINUANCE
          -v-                         :
                                      :
HINT FASHION MAGAZINE, LLC,           :
                                      :
                       Defendant.     :
                                      :
------------------------------------- X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/21/17

DENISE COTE, District Judge:

It having been reported to this Court by the Court-annexed Mediation Program that this case has been settled, it is hereby

ORDERED that the above-captioned action is discontinued without costs to any party and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made by December 21, 2017.

Dated:   New York, New York
         November 21, 2017

                                    _____
                                          DENISE COTE
                                    United States District Judge